

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00362-CV

---

ROBERT E. ORR                                                    APPELLANT

V.

EMMETT ROGERS AND LUBBOCK                              APPELLEES
INSPECTION SERVICES

------------

FROM THE 415TH DISTRICT COURT OF PARKER COUNTY
TRIAL COURT NO. CV11-0643

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Plaintiff's Motion for Dismissal Without Prejudice Against Defendants, Emmett Rogers and Lubbock Inspection Services," filed by appellant. It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellant, for which let execution issue.  *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  SUDDERTH, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED:  July 2, 2015